**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 11-7533**

───────────────

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

        v.

PAUL GEORGE KRATSAS, a/k/a P. J. Kratsas,

                    Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Deborah K. Chasanow, Chief District
Judge.  (1:92-cr-00208-DKC-1)

───────────────

Submitted:  February 16, 2012      Decided:  February 23, 2012

───────────────

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Paul George Kratsas, Appellant Pro Se.  Barbara Suzanne Skalla,
Assistant United States Attorney, Greenbelt, Maryland, for
Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul George Kratsas appeals the district court's order denying his motion to correct judgment under Fed. R. Crim. P. 36. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Kratsas, No. 1:92-cr-00208-DKC-1 (D. Md. Nov. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED